# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:15-cv-05906-DMG (SK) | Date | December 5, 2017 |
| Title | Hector Sanchez v. Heidi M. Lackner | | |

**Present: The Honorable** Steve Kim, U.S. Magistrate Judge

| Marc Krause | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: MOOTNESS**

In its Answer, Respondent contends that the Petition is moot because "Petitioner has already been released from prison." (ECF No. 32 at 20). Petitioner did not address this contention in his Traverse. (ECF No. 39). Therefore, Petitioner is **ORDERED TO SHOW CAUSE** on **or before December 27, 2017** why the Petition should not be dismissed as moot. *See United States v. Palomba*, 182 F.3d 1121 (9th Cir. 1999). Petitioner's response to this Order to Show Cause shall not exceed 10 pages and shall address (1) whether he is still in custody or on probation, and if so, the prospective date of his sentence's completion; and (2) Respondent's mootness argument raised in the Answer. **Failure to file a timely response to this Order to Show Cause may result in dismissal of this action on grounds of mootness and/or failure to prosecute.** *See* Fed. R. Civ. P 41(b); L.R. 41-1.