# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR SANCHEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>HEIDI M. LACKNER, Warden,<br><br>　　　　　Respondent. | Case No.: CV 15-5906-DMG (SK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Dismissing First Amended Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and this action is dismissed without prejudice.

DATED: February 21, 2018

　　　　　　　　　　　　　　　　　　　*Dolly M. Gee*
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE